UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
  Plaintiff
vs.
Josue Gonzalez-Zamora
  Defendant(s)

CRIMINAL NO. 08mj1651

ORDER
RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court))

Jorge Luis Flores-Manzano
(M/W not arraigned - not in U.S. custody)

DATED: 6-10-08

RECEIVED _____ DUSM

JAN M. ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by RheeRhe
Deputy Clerk

R. Rhone

CLERK'S OFFICE COPY