UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. 08mj1651 |
| ) | ORDER |
| vs. ) | |
| Josue Gonzalez-Zamora ) | RELEASING MATERIAL WITNESS |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

German Mendoza-Carrillo
(M/W Not arraigned - not in U.S.M custody)

DATED: 6-10-08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
               DUSM

W. SAMUEL HAMRICK, JR. Clerk

by Rhea Rhone
Deputy Clerk

R. Rhone

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95
☆ U.S. GPO: 2003-581-774/70082